UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| David Levoyd Reed, | Case No.: 2:19-cv-00326-JAD-BNW |
|---|---|
| Plaintiff | |
| v. | **Order Granting in Part Motion to Extend Time** |
| James Dzurenda, et al., | [ECF No. 129] |
| Defendants | |

Pro se plaintiff David Reed sues several correctional officers under 42 U.S.C. § 1983 after an altercation at the High Desert State Prison left him with staples in his head and a disciplinary charge for battery. On August 27, 2021, I ordered Reed to show cause by September 27, 2021, why the claims against Defendants Karsky and Corral-Lagarda should not be dismissed without prejudice for failure to serve them.[1] Reed moves to extend that deadline, explaining that he was released from HDSP and placed in the Clark County Detention Center, and he has been sick and without his legal documents.[2] Reed has shown good cause to extend the show-cause deadline for a reasonable length of time to allow him to gather and organize his materials since his release from HDSP and to recover from his illness. But because the magistrate judge has scheduled a settlement conference for November 5, 2021, I find that an extension of time beyond that date will disrupt the proceedings.

---

[1] ECF No. 126.
[2] ECF No. 129 at 3.

IT IS THEREFORE ORDERED that Reed's motion to extend the deadline to show cause why his claims against Karsky and Corral-Lagarda should not be dismissed for lack of service **[ECF No. 129] is GRANTED in part.  The September 27, 2021, show-cause deadline is extended to October 27, 2021.**  Thus, Reed has until October 27, 2021, to show cause in writing why his claims against Karsky and Corral-Lagarda should not be dismissed for lack of service.[3]

                                                      _____
U.S. District Judge Jennifer A. Dorsey
Dated: September 14, 2021

---

[3] Reed states in his motion that he cannot "meet the September 27, 2021[,] Order to serve defendant Karsky." ECF No. 129 at 4.  But the deadline for service has long passed.  *See* ECF No. 31 (giving Reed until September 13, 2020, to serve Karsky and Corral-Lagarda); ECF No. 52 (minute order directing further service efforts on Karsky).