UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| David Levoyd Reed,<br><br>    Plaintiff<br><br>v.<br><br>James Dzurenda, et al.,<br><br>    Defendants | Case No.: 2:19-cv-00326-JAD-BNW<br><br>**Order Dismissing Claims<br>against Defendants Karsky and<br>Corral-Lagarda** |

    Pro se plaintiff David Reed sues several correctional officers under 42 U.S.C. § 1983 after an altercation at the High Desert State Prison left him with staples in his head and a disciplinary charge for battery. On August 27, 2021, I ordered Reed to show cause by September 27, 2021, why the claims against Defendants Karsky and Corral-Lagarda should not be dismissed without prejudice for failure to serve them.[1] On Reed's motion, I extended that deadline to October 27, 2021.[2] Reed has neither shown cause why his claims against Karsky and Corral-Lagarda should not be dismissed for lack of service nor further moved to extend his deadline to do so.

    IT IS THEREFORE ORDERED that **Reed's claims against Defendants Karsky and**

. . .

---

[1] ECF No. 126.
[2] ECF No. 130.

**Corral-Lagarda are DISMISSED** under FRCP 4(m) for failure to timely serve them. This case proceeds only on Reed's:

- First Amendment retaliation claim against Stubbs, and

- Eighth Amendment excessive-force claim against Stubbs, Rivera, and Dicus.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 3, 2021