AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants
Henry Grant, Jonathan Rivera,
Guy Brown, Aaron Dicus,
Brandon Stubbs, and Patrick Moreda*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVOYD REED, | Case No. 2:19-cv-00326-JAD-BNW |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE SETTLEMENT CONFERENCE** |
| JAMES DZURENDA, et al. | |
| Defendants. | |

      Defendants, Henry Grant, Jonathan Rivera, Guy Brown, Aaron Dicus, Brandon Stubbs, and Patrick Moreda, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby move this Court for an order continuing the Settlement Conference currently set for November 5, 2021.  Counsel has, this day, taken over the handling of the case from the prior attorney who has left the public safety division of the Office of the Attorney General for other opportunities.  An attorney from this office contacted Plaintiff, for a meet and confer conference regarding a stipulation to continue the Settlement Conference.  Plaintiff was not in agreement.  Therefore, Counsel requests the continuance to become more familiar with this case to participate in a productive settlement process.

      Courts have inherent powers to control their dockets, *see Ready Transp., Inc. v. AAR Mfg, Inc.*, 627 F.3d 402, 404 (citations omitted), and to "achieve the orderly and expeditious disposition of cases." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) "Such power is indispensable to the

1. court's ability to enforce its orders, manage its docket, and regulate insubordinate [ ] conduct. Id.
2. (citing *Mazzeo v. Gibbons*, No. 2:08–cv01387–RLH–PAL, 2010 WL 3910072, at *2 (D.Nev.2010)).
3. LR IA 6-1 discusses requests for continuances.  The rule states:

> (a) A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. (Examples: "This is the first stipulation for extension of time to file motions." "This is the third motion to extend time to take discovery.")

This is the first request, and is requested for good cause.  Counsel has only, today, taken over this matter for further litigation.  Therefore, it is requested that the Settlement Conference be continued to a date convenient to this Court's calendar.

DATED this 4th day of November, 2021.

>                     AARON D. FORD
>                     Attorney General
>
>                     By:  /s/ *Douglas R. Rands*
>                          DOUGLAS R. RANDS, Bar No. 3572
>                          Senior Deputy Attorney General
>
>                          *Attorneys for Defendants*

### Order

Good cause appearing, IT IS ORDERED that ECF No. 132 is GRANTED. The Settlement Conference is RESCHEDULED to 12/28/2021 at 9:00 a.m.

**IT IS SO ORDERED**

**DATED:** 4:21 pm, November 04, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 4, 2021, I electronically filed the foregoing, **MOTION TO CONTINUE SETTLEMENT CONFERENCE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

David Reed, #79594
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada  89070
*Plaintiff, Pro Se*

/s/ Roberta W. Blee
An employee of the
Office of the Nevada Attorney General