# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

David Levoyd Reed,

    Plaintiff

v.

James Dzurenda, et al.,

    Defendants

Case No.: 2:19-cv-00326-JAD-BNW

**Notice About Pro Bono Counsel**

    In August 2021, the Court referred this case to the Pro Bono Program for staff to attempt to find an attorney in this legal community who is willing to represent plaintiff David Reed without charge through the conclusion of trial.[1] The Program tried for 90 days to recruit an attorney, but it was unable to find one. So it notified plaintiff of its intent to close his pro-bono file. This means that this case will proceed to trial with Mr. Reed representing himself and without the assistance of counsel. Mr. Reed is reminded that non-lawyers who represent themselves in court are required to follow the Rules of this Court just like attorneys are.

_____
U.S. District Judge Jennifer A. Dorsey
January 27, 2022

---

[1] ECF No. 126.