1  AARON D. FORD
   Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
   Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV  89701-4717
   Tel:  (775) 684-1150
5  E-mail:  drands@ag.nv.gov

6  *Attorneys for Defendants*
*Jonathan Rivera, Aaron Dicus,*
7  *and Brandon Stubbs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| DAVID LEVOYD REED, | Case No. 2:19-cv-00326-JAD-BNW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE VIDEO HEARING** |
| JAMES DZURENDA, et al. | |
| Defendants. | |

     Plaintiff, David Levoyd Reed, by and through counsel, Clark Hill, and Paola Armeni and Defendants, Jonathan Rivera, Aaron Dicus, and Brandon Stubbs, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate to continue the video hearing scheduled for March 24, 2022 at 11:00 a.m. (ECF No. 141).

     On March 3, 2022, this Court set a video hearing for March 24, 2022 (ECF No. 141). The parties now respectfully request this Court continue the video hearing to a different date convenient for the Court, due to a scheduling conflict.  Counsel for the Defense has a global settlement conference in another matter scheduled for that day and time, and Counsel for the Plaintiff has a previously scheduled meeting at Lake Tahoe on that day and time.  Therefore, the parties request that date be vacated, to be reset to a different date and time.  Counsel have met and conferred.  Both parties are available on March 28, in the morning or April 5, all day.  If those dates and time work for the Court, the parties request the hearing be rescheduled to one of those times.

1

1  The parties agree that this is a valid and good faith reason for a continuance of the video hearing. Therefore, the parties respectfully request this Court continue the video hearing scheduled for March 24, 2022 at 11:00 a.m. to a different date, convenient with this Court's calendar.

DATED this 7th day of March, 2022 | DATED this 7th day of March, 2022

CLARK HILL | AARON D. FORD
 | Attorney General

By: */s/ Paola Aremni* | By: */s/ Douglas R. Rands*
    PAOLA ARMENI, Bar. No. 8357 |     DOUGLAS R. RANDS, Bar No. 3572
 |     Senior Deputy Attorney General
*Attorneys for Plaintiff* | *Attorneys for Defendants*

## ORDER

IT IS ORDERED that ECF No. 143 is GRANTED.

IT IS FURTHER ORDERED that the hearing set for 3/24/2022 is rescheduled to **3/28/2022 at 10:00 a.m.** via Zoom video conference. Parties must contact courtroom administrator Jeff Miller at jeff_miller@nvd.uscourts.gov to obtain a Zoom invitation.

IT IS FURTHER ORDERED that Mr. Reed must personally appear at this hearing. He may do so by calling (877) 810-9415, access code 2365998.

**IT IS SO ORDERED**

**DATED:** 4:35 pm, March 08, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on March 7, 2022, I electronically filed the foregoing, **STIPULATION TO CONTINUE VIDEO HEARING**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

> Paola Armeni, Esq.
> Clark Hill
> 3800 Howard Hughes Pkwy, Suite 500
> Las Vegas, NV 89169

*/s/ Roberta W. Blee*
An employee of the