CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA N. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
*Attorney for Plaintiff David Levoyd Reed
in conjunction with Legal Aid of Southern Nevada*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVOYD REED,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, et al.,<br><br>Defendants. | CASE NO. 2:19-cv-00326-CDS-DJA<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR JOINT PRE-TRIAL ORDER** |

COMES NOW, Plaintiff David Levoyd Reed, by and through his attorneys of record Paola M. Armeni, Esq., and Gia N. Marina Esq., of the law firm of Clark Hill, PLLC, and Defendants James Dzurenda, et al., by and through their attorney, Douglas R. Rands, Esq., of the Attorney General's Office, and hereby respectfully submit this Stipulation and Order Extending Time to file their Joint Pre-Trial Order currently due on May 3, 2022, to be extended an additional fourteen (14) days up to and including May 17, 2022.

Plaintiff's counsel has been involved in multiple depositions, in three (3) different cases, for the last 3 weeks and has been unable to complete the Pre-Trial Order currently due May 3, 2022. This request for extension is made in good faith and not for the purposes of delay.

//

//

ClarkHill\99991\442856\267022712.v1-5/2/22

WHEREFORE, the parties stipulate that the time to file the Joint Pre-Trial Order be extended an additional fourteen (14) days up to and including May 17, 2022.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 2nd day of May 2022.

| **CLARK HILL, PLLC** | **ATTORNEY GENERAL'S OFFICE** |
|---|---|
| */s/ Paola M. Armeni, Esq.* <br> PAOLA M. ARMENI <br> Nevada Bar No. 8357 <br> GIA N. MARINA <br> Nevada Bar No. 15276 <br> 3800 Howard Hughes Pkwy., #500 <br> Las Vegas, Nevada 89169 <br> *Attorney for Plaintiff David Levoyd Reed in conjunction with Legal Aid of Southern Nevada* | */s/ Douglas R. Rands, Esq.* <br> DOUGLAS R RANDS <br> Nevada Bar No. 3572 <br> Senior Deputy Attorney General <br> Public Safety Division <br> 100 North Carson Street <br> Carson City, NV  89701 <br> *Attorney for the Defendants* |

**ORDER**

IT IS SO ORDERED:

DATED: May 3, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

ClarkHill\99991\442856\267022712.v1-5/2/22