# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| DAVID LEVOYD REED<br><br>　　　　Plaintiff,<br><br>v.<br><br>DZURENDA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-00326-CDS-NJK<br><br>**ORDER TO PRODUCE**<br>**DAVID LEVOYD REED,**<br>**#1696429** |

TO:　　WARDEN, CLARK COUNTY DETENTION CENTER, LAS VEGAS, NV

**THE COURT HEREBY FINDS** that **DAVID LEVOYD REED, #1696429,** presently in custody of the Clark County Detention Center, located at 330 S. Casino Center Blvd. Las Vegas, NV 89101.

**IT IS ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **DAVID LEVOYD REED, #1696429, to the** Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 6B, Las Vegas, Nevada, on or about Thursday, February 16, 2023, at the hour of 9:30 a.m., for the scheduled Calendar Call and arrange for his appearance on said date as s may be ordered and directed by the entitled above, until the said **DAVID LEVOYD REED, #1696429,** is released and discharged by the said Court; and that the said **DAVID LEVOYD REED, #1696429,** shall thereafter be returned

to the custody of the Warden, Clark County Detention Center, Las Vegas, NV, under safe and secure conduct.

**DATED**:  February 8, 2023

_____
**CRISTINA D. SILVA**
**UNITED STATES DISTRICT JUDGE**