# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID LEVOYD REED<br><br>　　　　Plaintiff,<br><br>　v<br><br>DZURENDA, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-00326-CDS-NJK<br><br>**ORDER TO PRODUCE**<br>**DAVID LEVOYD REED,**<br>**#1696429** |

TO:　　WARDEN, CLARK COUNTY DETENTION CENTER,
　　　　LAS VEGAS, NV

**THE COURT HEREBY FINDS** that **DAVID LEVOYD REED, #1696429,** presently in custody of the Clark County Detention Center, located at 330 S. Casino Center Blvd. Las Vegas, NV 89101.

**IT IS ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **DAVID LEVOYD REED, #1696429, to the** Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 6B, Las Vegas, Nevada, on or about Monday, February 28, 2023, at the hour of 9:30 a.m. for the scheduled Jury Trial scheduled for an estimated 4 days for the dates of February 28, 2023 through March 3, 2023, in the instant matter, and arrange for his appearance daily on said date as may be ordered and

directed by the entitled above, until the said DAVID LEVOYD REED, #1696429, is released and discharged by the said Court; and that the said **DAVID LEVOYD REED, #1696429,** shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, NV, under safe and secure conduct.

**DATED**: February 8, 2023

_____
**CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE**